Mark D. Kremer (SB# 100978)
 *m.kremer@conklelaw.com*
Sherron Wiggins (SB# 321819)
 *s.wiggins@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Third-Party Defendant
Samson Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>             Plaintiff,<br><br>     v.<br><br>GREEN PLANET, INC., a California corporation,<br><br>             Defendant. | CASE No. 5:19-cv-01699-AG-KKx<br><br>**SECOND STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT TO RESPOND TO THIRD PARTY COMPLAINT** |
| GREEN PLANET, INC., a California corporation,<br><br>             Third Party Complainant,<br><br>     v.<br><br>SAMSON PHARMACEUTICALS, INC., a California corporation,<br><br>             Third Party Defendant. | Complaint filed:  September 5, 2019 |

3528.002\9999

TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Third Party Defendant Samson Pharmaceuticals, Inc. ("Third Party Defendant") was served with the Third Party Complaint on November 21, 2019 making the deadline to respond December 12, 2019. On December 10, 2019, the Parties Stipulated that the deadline would be extended to and including January 13, 2020. (*See* Dkt. No. 24).

The Parties stipulate to an addition twenty-one (21) days, until February 3, 2020, for Third Party Defendant to file its answer or otherwise respond to the Third Party Complaint.

Good cause exists for granting the Parties stipulation to a twenty-one-day extension. Yesterday, January 9, 2020, the Court approved Third Party Plaintiff counsel's request to substitute its attorney, as Green Planet only recently retained new counsel. Counsel for both parties have not yet had the opportunity to discuss the Third Party Complaint and seek additional time to allow Third Party Plaintiff's newly appointed counsel time to become familiar with the case, and for the Parties to engage in communications to advance resolution.

Dated: January 10, 2020        Daniel M. Cislo
                               CISLO & THOMAS LLP


                        By:    */s/Daniel M. Cislo*
                               Daniel M. Cislo
                               Attorneys for Third-Party Plaintiff Green Planet, Inc.

| | |
|---|---|
| Dated: January 10, 2020 | Mark D. Kremer<br>Sherron Wiggins, members of<br>CONKLE, KREMER & ENGEL<br>Professional Law Corporation |
| | By: */s/Mark D. Kremer*<br>Mark D. Kremer<br>Attorneys for Third-Party Defendant Samson Pharmaceuticals, Inc. |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.