UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREEN PLANET, INC., a California corporation,<br><br>　　　　Defendant. | CASE No. 5:19-cv-01699-AG-KKx<br><br>**[PROPOSED] ORDER RE SECOND STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT TO RESPOND TO THIRD PARTY COMPLAINT** |
| GREEN PLANET, INC., a California corporation,<br><br>　　　　Third Party Complainant,<br><br>　　v.<br><br>SAMSON PHARMACEUTICALS, INC., a California corporation,<br><br>　　　　Third Party Defendant. | Complaint filed: September 5, 2019 |

3528.002\9996

[PROPOSED] ORDER RE SECOND STIPULATION TO EXTEND TIME FOR THIRD PARTY DEFENDANT TO RESPOND TO THIRD PARTY COMPLAINT

1        Based upon the parties' stipulation, and good cause appearing therefor, IT IS ORDERED that:

       IT IS HEREBY ORDER THAT:

       Third Party Defendant shall file and serve its answer or otherwise respond to the Third Party Complaint to and including February 3, 2020.

Dated: _____

                                                         _____
                                                         Honorable Andrew J. Guilford
                                                         United District Judge