# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 19-1699-GW-AGRx | Date | February 19, 2020 |
|---|---|---|---|
| Title | *Spectrum Laboratories, LLC v. Green Planet, Inc.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS:  IN CHAMBERS - TRANSFER OF CASE TO JUDGE WU**

This action has been reassigned to the HONORABLE GEORGE H. WU, United States District Judge and the Honorable Alicia G. Rosenberg, U.S. Magistrate Judge.

Please substitute the initials GW in place of the initials JSL. The case number will now read: EDCV 19-1699-GW-AGRx. As documents are routed using the judge's initials, it is important to use the correct initials on all subsequent filings. Judge Wu's Courtroom Deputy Clerk, Javier Gonzalez, can be reached at javier_gonzalez@cacd.uscourts.gov.

Judge Wu is located in Courtroom 9D, at the First Street Courthouse, on the 9th Floor of the United States Courthouse at 350 West 1st Street, Los Angeles, California. Additional information about Judge Wu's procedures and schedule can be found on the Court's website at www.cacd.uscourts.gov.

The scheduling conference previously set for March 20, 2020, is ADVANCED to March 19, 2020 at 8:30 a.m. Counsel are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Trial counsel are ordered to be present. A Joint 26(f) Report shall be filed with the Court no later than March 5, 2020. See Local Rule 26-1.

:

Initials of Preparer   JG