UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 19-1699-GW-AGRx | Date | March 17, 2020 |
| Title | Spectrum Laboratories, LLC v. Green Planet, Inc. | Page | 1 of 2 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – SCHEDULING ORDER**

Based on the parties Joint Status Report (Docket No. 35), the Court adopts the following schedule:

| EVENT | DATE |
|---|---|
| Infringement Contentions (SPR 2.1, 2.2) | March 13, 2020 |
| Early Meeting of the Parties (SPR 2.3) to include Samson | March 27, 2020 |
| Invalidity Contentions (SPR 2.5, 2.6) | April 24, 2020 |
| Exchange of Proposed Terms for Construction (SPR 3.1) | May 8, 2020 |
| Exchange of Claim Constructions and Extrinsic Evidence (SPR 3.2) | May 22, 2020 |
| Completion of Claim Construction Discovery (SPR 3.3) | June 19, 2020 |
| Joint Claim Construction and Prehearing Statement (SPR 3.4). The Court will not construe more than seven terms. | June 26, 2020 |
| Opening Claim Construction Briefs (SPR 3.5) | July 3, 2020 |
| Response Claim Construction Briefs (SPR 3.5) | July 17, 2020 |
| *Markman* Tutorial | August 3, 2020 at 8:30 a.m. |
| Claim Construction Hearing (SPR 3.6) | August 20, 2020 at 8:30 a.m. |

The Court sets a further scheduling conference for August 20, 2020.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 19-1699-GW-AGRx | Date | March 17, 2020 |
|---|---|---|---|
| Title | *Spectrum Laboratories, LLC v. Green Planet, Inc.* | Page | 2 of 2 |

The scheduling conference now set for March 19, 2020 is taken off-calendar.