Daniel M. Cislo, Esq., No. 125,378
   *dancislo@cislo.com*
C. Wook Pak, Esq., No. 244,780
   *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendant/Third-Party Plaintiff
Green Planet, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GREEN PLANET, INC.,<br><br>Defendant. | Case No. 5:19-cv-01699-GW-AGR<br><br>**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>Judge: Hon. George H. Wu |
| GREEN PLANET, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SAMSON PHARMACEUTICALS, INC.,<br><br>Third-Party Defendant. | |

JOINT STIPULATION TO EXTEND
SCHEDULING ORDER DEADLINES

**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Spectrum Laboratories LLC ("Spectrum"), Defendant/Third-Party Complainant Green Planet, Inc. ("Green Planet"), and Third-Party Defendant Samson Pharmaceuticals, Inc. ("Samson") (collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on February 4, 2020, the Parties filed the Joint Rule 26(f) Report (Dkt. 35);

WHEREAS, on February 5, 2020, this case was reassigned from Judge Andrew J. Guilford to Judge Josephine L. Staton (Dkt. 36);

WHEREAS, on February 13, 2020, this case was transferred to Judge George H. Wu (Dkt. 39), and a scheduling conference was set for March 19, 2020;

WHEREAS, the Parties had been exchanging information in an effort to settle this case;

WHEREAS, on March 17, 2020, the Parties met and conferred regarding extending the deadlines proposed in the Rule 26(f) Report (Dkt. 35) so as to facilitate further discussions of settlement and provide ample time to settle this case without unnecessarily incurring fees for their respective clients;

WHEREAS, on March 18, 2020, this Court entered its Scheduling Order adopting a schedule proposed by the Parties and removing the March 19, 2020 scheduling conference off its calendar;

NOW THEREFORE, the Parties hereby stipulate, subject to the Court's approval, that the Scheduling Order deadlines be extended by 60 days as shown in the attached Supplement to Joint Rule 26(f) Report.

Respectfully submitted,

MCDONALD HOPKINS LLC

Dated: April 6, 2020    By: /s/Matthew J. Cavanagh

Attorneys for Plaintiff
Spectrum Laboratories, LLC

CISLO & THOMAS LLP

Dated: April 6, 2020    By: /s/C. Wook Pak

Attorneys for Defendant and Third-Party Complainant Green Planet, Inc.

CONKLE, KREMER & ENGEL

Dated: April 6, 2020    By: /s/Sherron Wiggins

Attorneys for Third-Party Defendant Samson Pharmaceuticals, Inc.

\\Srv-db\tmdocs\19-40030\Joint Stipulation to Extend Scheduling Order Deadlines-0001.docx