Daniel M. Cislo, Esq., No. 125,378
 *dancislo@cislo.com*
C. Wook Pak, Esq., No. 244,780
 *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendant/Third-Party Plaintiff
Green Planet, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GREEN PLANET, INC.,<br><br>Defendant. | Case No. 5:19-cv-01699-GW-AGRx<br><br>**SECOND JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>Judge: Hon. George H. Wu |
| GREEN PLANET, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SAMSON PHARMACEUTICALS, INC.,<br><br>Third-Party Defendant. | |

SECOND JOINT STIPULATION TO EXTEND
SCHEDULING ORDER DEADLINES

## SECOND JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff Spectrum Laboratories LLC ("Spectrum"), Defendant/Third-Party Complainant Green Planet, Inc. ("Green Planet"), and Third-Party Defendant Samson Pharmaceuticals, Inc. ("Samson") (collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 6, 2020, the Parties filed their first Stipulation to Extend Scheduling Order Deadlines (Dkt. 43) to extend the scheduling order deadlines by 60 days due to settlement negotiations;

WHEREAS, on April 10, 2020, this Court granted the Parties' Stipulation to Extend Scheduling Order Deadlines (see, Dkt. 44) and adopted the new deadlines proposed in the Supplement to Joint Rule 26(f) Report (Dkt. 43-2);

WHEREAS, the Parties have exchanged and continue to exchange information directed towards settlement, and Spectrum has made a settlement offer, which is currently under consideration;

WHEREAS, on May 6, 2020, the Parties met and conferred regarding a second extension to the adopted deadlines in the Supplement to Joint Rule 26(f) Report (Dkt. 43-2) so as to facilitate further discussions of settlement and provide ample time to settle this case without unnecessarily incurring fees for their respective clients;

///

///

///

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

NOW THEREFORE, the Parties hereby stipulate, subject to the Court's approval, that the current Scheduling Order deadlines be extended by approximately 60 days as shown in the attached Second Supplement to Joint Rule 26(f) Report.

Respectfully submitted,

MCDONALD HOPKINS LLC

Dated: May 8, 2020        By:  /s/Matthew J. Cavanagh

Attorneys for Plaintiff
Spectrum Laboratories, LLC

CISLO & THOMAS LLP

Dated: May 8, 2020        By:  /s/C. Wook Pak

Attorneys for Defendant and Third-Party
Complainant Green Planet, Inc.

CONKLE, KREMER & ENGEL

Dated: May 8, 2020        By:  /s/Sherron Wiggins

Attorneys for Third-Party Defendant Samson
Pharmaceuticals, Inc.

\\SRV-DB\TMDOCS\19-40030\Second Joint Stipulation to Extend Scheduling Order Deadlines.docx

SECOND JOINT STIPULATION TO EXTEND
SCHEDULING ORDER DEADLINES