Daniel M. Cislo, Esq., No. 125,378
   *dancislo@cislo.com*
C. Wook Pak, Esq., No. 244,780
   *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendant/Third-Party Plaintiff
Green Planet, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GREEN PLANET, INC.,<br><br>        Defendant. | Case No. 5:19-cv-01699-GW-AGRx<br><br>**SECOND SUPPLEMENT TO JOINT RULE 26(f) REPORT**<br><br>Judge: Hon. George H. Wu |
| GREEN PLANET, INC.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>SAMSON PHARMACEUTICALS, INC.,<br><br>        Third-Party Defendant. | |

SECOND SUPPLEMENT TO JOINT RULE 26(f) REPORT

Plaintiff Spectrum Laboratories ("Spectrum" or "Plaintiff"), Defendant Green Planet, Inc. ("Green Planet" or "Defendant"), and Third-Party Defendant Samson Pharmaceuticals, Inc. ("Samson") (collectively the "Parties") by and through their respective counsel of record, hereby submit this second supplement to their Joint Rule 26(f) Report.

On April 6, 2020, the Parties filed their first Joint Stipulation to Extend Scheduling Order Deadlines, which included a Supplement to Joint Rule 26(f) Report with new proposed scheduling order deadlines.

On April 10, 2020, the Court adopted the schedule proposed in the Parties' Supplement to Joint Rule 26(f) Report attached to the Joint Stipulation to Extend Scheduling Order Deadlines.

Since that time, the Parties have exchanged information directed towards settlement, and Spectrum has made a settlement offer that is currently under consideration.

To allow the Parties to continue negotiating a settlement, the Parties agree that the deadlines in the Supplement to Joint Rule 26(f) Report adopted by the Court should be extended by another 60 days. Thus, the Parties ask the Court to adopt the new proposed schedule submitted in this Second Supplement to Joint Rule 26(f) Report as set forth below.

**R.   Proposed Dates**

See Section S below for most of the proposed litigation deadlines. In addition, the parties propose the following litigation deadlines:

a.   Last day to amend pleadings or add parties:

| **Current Deadline** | **Parties' Proposal** |
|---|---|
| May 12, 2020 | July 13, 2020 |

b.   Mediation/ADR Deadline:

| **Current Deadline** | **Parties' Proposal** |
|---|---|
| July 28, 2020 | Sept. 28, 2020 |

1
SECOND SUPPLEMENT TO JOINT RULE 26(f) REPORT

   c. Last day to conduct ADR proceeding:

| Current Deadline | Parties' Proposal |
|---|---|
| Apr. 1, 2021 | June. 1, 2021 |

   d. Final Pretrial Conference date of

| Current Deadline | Parties' Proposal |
|---|---|
| Apr. 30, 2021 | June 29, 2021 |

   e. Trial date of

| Current Deadline | Parties' Proposal |
|---|---|
| July 5, 2021 | Sept. 3, 2021 |

**S.** **Local Patent Rules**

   The Parties still agree to comply with Judge Guilford's Standing Local Patent Rules. The Parties proposed deadlines for each of the Patent Rule obligations are set forth below.

| *Event* | *Parties Requested Dates* |
|---|---|
| Infringement Contentions (SPR 2.1, 2.2) | 5/12/2020 (Current)<br>7/13/2020 (New) |
| Early Meeting of the Parties (SPR 2.3) to include Samson | 5/26/2020 (Current)<br>7/27/2020 (New) |
| Invalidity Contentions (SPR 2.5, 2.6) | 6/23/2020 (Current)<br>8/24/2020 (New) |
| Exchange of Proposed Terms for Construction (SPR 3.1) | 7/7/2020 (Current)<br>9/8/2020 (New) |
| Exchange of Claim Constructions and Extrinsic Evidence (SPR 3.2) | 7/21/2020 (Current)<br>9/21/2020 (New) |
| Completion of Claim Construction Discovery (SPR 3.3) | 8/18/2020 (Current)<br>10/19/2020 (New) |

| Event | Parties Requested Dates |
|---|---|
| Joint Claim Construction and Prehearing Statement (SPR 3.4) | 8/25/2020 (Current) <br> 10/26/2020 (New) |
| Opening Claim Construction Briefs (SPR 3.5) | 9/1/2020 (Current) <br> 11/2/2020 (New) |
| Response Claim Construction Briefs (SPR 3.5) | 9/15/2020 (Current) <br> 11/16/2020 (New) |
| Tutorial Hearing | 10/8/2020 (Current) <br> 12/7/2020 (New) |
| Claim Construction Hearing (SPR 3.6) | 10/15/2020 (Current) <br> 12/14/2020 (New) |
| Final Infringement Contentions (SPR 4.1) | 28 days after Claim Construction Ruling |
| Final Invalidity Contentions (SPR 4.2) | 28 days after service of Final Infringement Contentions |
| Rebuttal Expert Reports (SPR 4.3) | 28 days after SPR 4.1 and 4.2 reports |
| Close of Discovery (SPR 4.3) | 28 days after service of latest set of rebuttal reports |
| Advice of Counsel Defense (SPR 4.4) | 28 days after Claim Construction Ruling |
| Dispositive Motion Deadline (SPR 4.5) | 28 days after close of discovery |

///

///

///

Respectfully submitted,

MCDONALD HOPKINS LLC

Dated: May 8, 2020   By: /s/Matthew J. Cavanagh

Attorneys for Plaintiff
Spectrum Laboratories, LLC

CISLO & THOMAS LLP

Dated: May 8, 2020   By: /s/C. Wook Pak

Attorneys for Defendant and Third-Party Complainant Green Planet, Inc.

CONKLE, KREMER & ENGEL

Dated: May 8, 2020   By: /s/Sherron Wiggins

Attorneys for Third-Party Defendant Samson Pharmaceuticals, Inc.

\\Srv-db\tmdocs\19-40030\Second Supplement to Joint Rule 26(f) Report.docx