1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

10

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, | No. EDCV 19-1699-GW-AGRx |
| Plaintiff, | |
| v. | **ORDER RE SECOND JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES** |
| GREEN PLANET, INC., | |
| Defendant. | |
| | Judge: Hon. George H. Wu |
| GREEN PLANET, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| SAMSON PHARMACEUTICALS, INC., | |
| Third-Party Defendant. | |

28

1     Based upon the parties' stipulation, and good cause appearing therefore:

2     IT IS HEREBY ORDERED THAT:

3     That the Scheduling Order deadlines are extended by 60 days, and that the

4 schedule proposed in the Second Supplement to Joint Rule 26(f) Report attached to

5 the Second Joint Stipulation to Extend Scheduling Order Deadlines is adopted.  The

6 Tutorial Hearing is continued to December 7, 2020 at 8:30 a.m.    The Claim

7 Construction Hearing is continued to December 14, 2020 at 8:30 a.m.

8

9  Dated: June 4, 2020

10                                    Honorable George W. Wu
                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28