Daniel M. Cislo, Esq., No. 125,378
*dancislo@cislo.com*
C. Wook Pak, Esq., No. 244,780
*wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendant/Third-Party Complainant
Green Planet, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, | Case No. 5:19-cv-01699-GW-AGRx |
| Plaintiff, | **THIRD SUPPLEMENT TO JOINT RULE 26(f) REPORT** |
| v. | |
| GREEN PLANET, INC., | Judge: Hon. George H. Wu |
| Defendant. | |
| GREEN PLANET, INC., | |
| Third-Party Complainant, | |
| v. | |
| SAMSON PHARMACEUTICALS, INC., | |
| Third-Party Defendant. | |

Plaintiff Spectrum Laboratories ("Spectrum" or "Plaintiff"), Defendant/Third-Party Complainant Green Planet, Inc. ("Green Planet" or "Defendant"), and Third-Party Defendant Samson Pharmaceuticals, Inc. ("Samson") (collectively the "Parties") by and through their respective counsel of record, hereby submit this third supplement to their Joint Rule 26(f) Report.

To provide time to advance settlement discussions, on April 6, 2020, the Parties filed their first Joint Stipulation to Extend Scheduling Order Deadlines (Dkt. 43), which included a Supplement to Joint Rule 26(f) Report with new proposed scheduling order deadlines (Dkt. 43-2).

On April 10, 2020, the Court adopted the schedule proposed in the Parties' Supplement to Joint Rule 26(f) Report attached to the Joint Stipulation to Extend Scheduling Order Deadlines (*see*, Dkt. 44).

On May 8, 2020, the Parties filed their Second Joint Stipulation to Extend Scheduling Order Deadlines (Dkt. 45), which included a Second Supplement to Joint Rule 26(f) Report with new proposed scheduling order deadlines (Dkt. 45-1).

On June 4, 2020, the Court adopted the schedule proposed in the Parties' Supplement to Joint Rule 26(f) Report attached to the Joint Stipulation to Extend Scheduling Order Deadlines (*See*, Dkt. 46).

A settlement was not reached.  Green Planet served its invalidity contentions, and the parties exchanged claim terms for construction, and their proposed constructions with evidence.  Joint claim construction and prehearing statement is currently scheduled for October 26, 2020, and opening claim construction briefs are due November 2, 2020.

On October 5, 2020, the Parties engaged in mediation conducted by mediator Mr. Thomas Hanrahan.  In light of the mediation, the parties are again actively discussing settlement.

Therefore, to allow the Parties to continue negotiating a settlement without incurring the expense of preparing claim construction briefs, the Parties agree that

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

the deadlines in the Second Supplement to Joint Rule 26(f) Report adopted by the Court should be extended by another approximately 60 days. Thus, the Parties ask the Court to adopt the new proposed schedule submitted in this Third Supplement to Joint Rule 26(f) Report as set forth below.

**R.   Proposed Dates**

See Section S below for most of the proposed litigation deadlines. In addition, the parties propose the following litigation deadlines:

a.   Last day to amend pleadings or add parties:

| Current Deadline | Parties' Proposal |
|---|---|
| May 12, 2020 | N/A (Complete) |

b.   Mediation/ADR Deadline:

| Current Deadline | Parties' Proposal |
|---|---|
| July 28, 2020 | N/A (Complete) |

c.   Last day to conduct ADR proceeding:

| Current Deadline | Parties' Proposal |
|---|---|
| June 1, 2021 | Aug. 2, 2021 |

d.   Final Pretrial Conference date of

| Current Deadline | Parties' Proposal |
|---|---|
| June 29, 2021 | August 30, 2021 |

e.   Trial date of

| Current Deadline | Parties' Proposal |
|---|---|
| Sept. 3, 2021 | Nov. 2, 2021 |

**S.   Local Patent Rules**

The Parties still agree to comply with Judge Guilford's Standing Local Patent Rules. The Parties proposed deadlines for each of the Patent Rule obligations are set forth below.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

| Event | Parties Requested Dates |
|-------|-------------------------|
| Infringement Contentions (SPR 2.1, 2.2) | 7/13/2020 (Current) Complete |
| Early Meeting of the Parties (SPR 2.3) to include Samson | 7/27/2020 (Current) Complete |
| Invalidity Contentions (SPR 2.5, 2.6) | 8/24/2020 (Current) Complete |
| Exchange of Proposed Terms for Construction (SPR 3.1) | 9/8/2020 (Current) Complete |
| Exchange of Claim Constructions and Extrinsic Evidence (SPR 3.2) | 9/21/2020 (Current) Complete |
| Completion of Claim Construction Discovery (SPR 3.3) | 10/19/2020 (Current) 12/18/2020 (New) |
| Joint Claim Construction and Prehearing Statement (SPR 3.4) | 10/26/2020 (Current) 1/11/2021 (New) |
| Opening Claim Construction Briefs (SPR 3.5) | 11/2/2020 (Current) 1/18/2021 (New) |
| Response Claim Construction Briefs (SPR 3.5) | 11/16/2020 (Current) 1/25/2021 (New) |
| Tutorial Hearing | 12/7/2020 (Current) 2/22/2021 (New) |
| Claim Construction Hearing (SPR 3.6) | 12/14/2020 (Current) 3/1/2021 (New) |
| Final Infringement Contentions (SPR 4.1) | 28 days after Claim Construction Ruling |
| Final Invalidity Contentions (SPR 4.2) | 28 days after service of Final Infringement Contentions |

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

| Event | Parties Requested Dates |
|-------|-------------------------|
| Rebuttal Expert Reports (SPR 4.3) | 28 days after SPR 4.1 and 4.2 reports |
| Close of Discovery (SPR 4.3) | 28 days after service of latest set of rebuttal reports |
| Advice of Counsel Defense (SPR 4.4) | 28 days after Claim Construction Ruling |
| Dispositive Motion Deadline (SPR 4.5) | 28 days after close of discovery |

Respectfully submitted,

MCDONALD HOPKINS LLC

Dated: October 14, 2020      By:  /s/Matthew J. Cavanagh

Attorneys for Plaintiff
Spectrum Laboratories, LLC

CISLO & THOMAS LLP

Dated: October 14, 2020      By:   /s/C. Wook Pak

Attorneys for Defendant and Third-Party
Complainant Green Planet, Inc.

CONKLE, KREMER & ENGEL

Dated: October 14, 2020      By:   /s/Sherron Wiggins

Attorneys for Third-Party Defendant Samson
Pharmaceuticals, Inc.

\\Srv-sql\tmdocs\19-40030\Third Supplment to Joint Rule 26(f) Report.docx

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647      FACSIMILE: (310) 394-4477