John A. Conkle (SB# 117849)
*j.conkle@conklelaw.com*
Sherron Wiggins (SB# 321819)
*s.wiggins@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Third-Party Defendant
Samson Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,

Plaintiff,

v.

GREEN PLANET, INC., a California corporation,

Defendant.

---

GREEN PLANET, INC., a California corporation,

Third Party Complainant,

v.

SAMSON PHARMACEUTICALS, INC., a California corporation,

Third Party Defendant.

CASE No. 5:19-cv-01699-GW-AGRx

**FOURTH SUPPLEMENT TO JOINT RULE 26(f) REPORT**

*Filed concurrently with Fourth Joint Stipulation to Extend Scheduling Order Deadlines; and [Proposed] Order Regarding Fourth Joint Stipulation to Extend Scheduling Order Deadlines*

Honorable George H. Wu, Judge Presiding

Honorable Alicia G Rosenberg, Magistrate Judge

Complaint filed: September 5, 2019

3528.002\9963

Plaintiff Spectrum Laboratories ("Spectrum" or "Plaintiff"), Defendant/Third-Party Complainant Green Planet, Inc. ("Green Planet" or "Defendant"), and Third-Party Defendant Samson Pharmaceuticals, Inc. ("Samson") (collectively the "Parties") by and through their respective counsel of record, hereby submit this fourth supplement to their Joint Rule 26(f) Report.

To provide time to advance settlement discussions, on April 6, 2020, the Parties filed their first Joint Stipulation to Extend Scheduling Order Deadlines (Dkt. 43), which included a Supplement to Joint Rule 26(f) Report with new proposed scheduling order deadlines (Dkt. 43-2).

On April 10, 2020, the Court adopted the schedule proposed in the Parties' Supplement to Joint Rule 26(f) Report attached to the Joint Stipulation to Extend Scheduling Order Deadlines (*see*, Dkt. 44).

On May 8, 2020, the Parties filed their Second Joint Stipulation to Extend Scheduling Order Deadlines (Dkt. 45), which included a Second Supplement to Joint Rule 26(f) Report with new proposed scheduling order deadlines (Dkt. 45-1).

On June 4, 2020, the Court adopted the schedule proposed in the Parties' Supplement to Joint Rule 26(f) Report attached to the Joint Stipulation to Extend Scheduling Order Deadlines (*See*, Dkt. 46).

A settlement was not reached. Green Planet served its invalidity contentions, and the parties exchanged claim terms for construction, and their proposed constructions with evidence. Joint claim construction and prehearing statement is currently scheduled for January 11, 2021, and opening claim construction briefs are due January 18, 2021.

On October 5, 2020, the Parties engaged in mediation conducted by mediator Mr. Thomas Hanrahan. In light of the mediation, the parties are again actively discussing settlement.

On October 14, 2020, the Parties filed their Third Joint Stipulation to Extend Scheduling Order Deadlines (Dkt. 55), which included a Third Supplement to Joint Rule 26(f) Report with new proposed scheduling order deadlines (*See*, Dkt. 55-1).

On October 15, 2020, the Court adopted the schedule proposed in the Parties' Third Supplement to Joint Rule 26(f) Report attached to the Third Joint Stipulation to Extend Scheduling Order Deadlines (*See*, Dkt. 56).

On November 20, 2020, Spectrum offered a new proposal for settlement discussions, and on December 16, 2020 the Parties agreed to a fourth extension of approximately 60 days to the adopted deadlines in the Third Supplement to Joint Rule 26(f) Report (Dkt. 55-1) to facilitate further settlement discussions without unnecessarily incurring fees for their respective clients.

Therefore, to allow the Parties to continue negotiating a settlement without incurring the expense of preparing claim construction briefs, the Parties agree that the deadlines in the Third Supplement to Joint Rule 26(f) Report adopted by the Court should be extended by another approximately 60 days. Thus, the Parties ask the Court to adopt the new proposed schedule submitted in this Fourth Supplement to Joint Rule 26(f) Report as set forth below.

**R. Proposed Dates**

See Section S below for most of the proposed litigation deadlines. In addition, the parties propose the following litigation deadlines:

a. Last day to amend pleadings or add parties:

| **Current Deadline** | **Parties' Proposal** |
|---|---|
| May 12, 2020 | N/A (Complete) |

b. Mediation/ADR Deadline:

| **Current Deadline** | **Parties' Proposal** |
|---|---|
| July 28, 2020 | N/A (Complete) |

c. Last day to conduct ADR proceeding:

| **Current Deadline** | **Parties' Proposal** |
|---|---|
| August 2, 2021 | October 1, 2021 |

d. Final Pretrial Conference date of

| **Current Deadline** | **Parties' Proposal** |
|---|---|
| August 30, 2021 | October 29, 2021 |

e. Trial date of

| **Current Deadline** | **Parties' Proposal** |
|---|---|
| November 2, 2021 | January 3, 2022 |

**S. Local Patent Rules**

The Parties still agree to comply with Judge Guilford's Standing Local Patent Rules. The Parties proposed deadlines for each of the Patent Rule obligations are set forth below.

| *Event* | *Parties Requested Dates* |
|---|---|
| Infringement Contentions (SPR 2.1, 2.2) | 7/13/2020 (Current)<br>Complete |
| Early Meeting of the Parties (SPR 2.3) to include Samson | 7/27/2020 (Current)<br>Complete |
| Invalidity Contentions (SPR 2.5, 2.6) | 8/24/2020 (Current)<br>Complete |
| Exchange of Proposed Terms for Construction (SPR 3.1) | 9/8/2020 (Current)<br>Complete |
| Exchange of Claim Constructions and Extrinsic Evidence (SPR 3.2) | 9/21/2020 (Current)<br>Complete |
| Completion of Claim Construction Discovery (SPR 3.3) | 12/18/2020 (Current)<br>2/16/2021 (New) |
| Joint Claim Construction and Prehearing Statement (SPR 3.4) | 1/11/2021 (Current)<br>3/12/2021 (New) |
| Opening Claim Construction Briefs (SPR 3.5) | 1/18/2021 (Current)<br>3/19/2021 (New) |
| Response Claim Construction Briefs (SPR 3.5) | 1/25/2021 (Current)<br>3/26/2021 (New) |
| Tutorial Hearing | 2/22/2021 (Current)<br>4/23/2021 (New) |
| Claim Construction Hearing (SPR 3.6) | 3/1/2021 (Current)<br>4/30/2021 (New) |
| Final Infringement Contentions (SPR 4.1) | 28 days after Claim Construction Ruling |
| Final Invalidity Contentions (SPR 4.2) | 28 days after service of Final Infringement Contentions |

| *Event* | *Parties Requested Dates* |
|---|---|
| Rebuttal Expert Reports (SPR 4.3) | 28 days after SPR 4.1 and 4.2 reports |
| Close of Discovery (SPR 4.3) | 28 days after service of latest set of rebuttal reports |
| Advice of Counsel Defense (SPR 4.4) | 28 days after Claim Construction Ruling |
| Dispositive Motion Deadline (SPR 4.5) | 28 days after close of discovery |

Dated: December 18, 2020

John A. Conkle
Sherron Wiggins, members of
CONKLE, KREMER & ENGEL
Professional Law Corporation

By: */s/ Sherron Wiggins*
Sherron Wiggins
Attorneys for Third-Party Defendant
Samson Pharmaceuticals, Inc.

Dated: December 18, 2020

Matthew J. Cavanagh, member of
MCDONALD HOPKINS LLC

By: */s/ Matthew J. Cavanagh*
Matthew J. Cavanagh
Attorney for Plaintiff Spectrum
Laboratories, LLC

*Signatures continued on following page:*

*Signatures continued:*

Dated: December 18, 2020

C. Wook Pak, member of
CISLO & THOMAS LLP

By: */s/ C. Wook Pak*
C. Wook Pak
Attorney for Defendant and Third-Party Complainant Green Planet, Inc.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, CA 90403-2351.

On December 18, 2020, I served true copies of the following document(s) described as **FOURTH SUPPLEMENT TO JOINT RULE 26(F) REPORT** on the interested parties in this action as follows:

Patrick M. Maloney
Nicole A. Potash
THE MALONEY FIRM, APC
2381 Rosecrans Ave., Suite 405
El Segundo, California 90245
Telephone: (310) 540-1505
Facsimile: (310) 540-1507
pmaloney@maloneyfirm.com
npoltash@maloneyfirm.com

David B. Cupar (Pro Hac Vice Forthcoming)
Matthew J. Cavanagh (Pro Hac Vice Forthcoming)
McDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5730
Facsimile: (216) 348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Plaintiff
SPECTRUM LABORATORIES. LLC

Daniel M. Cislo, Esq.
C. Wook Pak, Esq.
Cislo & Thomas LLP
12100 Wilshire Blvd., Suite 1700
Los Angeles, CA 90025
Tel: 310.979.9190
Fax: 310.394.4477
wook@cislo.com
dancislo@cislo.com

Attorneys for Defendant,
GREEN PLANET, INC.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 18, 2020, at Santa Monica, California.

*/s/ Sherron Wiggins*
Sherron Wiggins