John A. Conkle (SB# 117849)
*j.conkle@conklelaw.com*
Sherron Wiggins (SB# 321819)
*s.wiggins@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Third-Party Defendant
Samson Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company, <br><br>            Plaintiff, <br><br>    v. <br><br> GREEN PLANET, INC., a California corporation, <br><br>            Defendant. | CASE No. 5:19-cv-01699-GW-AGRx <br><br> **SIXTH SUPPLEMENT TO JOINT RULE 26(f) REPORT** |
| GREEN PLANET, INC., a California corporation, <br><br>            Third Party Complainant, <br><br>    v. <br><br> SAMSON PHARMACEUTICALS, INC., a California corporation, <br><br>            Third Party Defendant. | Honorable George H. Wu, Judge Presiding <br><br> Honorable Alicia G Rosenberg, Magistrate Judge <br><br><br> Complaint filed:  September 5, 2019 |

3528.002\9954

SIXTH SUPPLEMENT TO JOINT RULE 26(f) REPORT

Plaintiff Spectrum Laboratories LLC ("Spectrum"), Defendant/Third-Party Complainant Green Planet, Inc. ("Green Planet"), and Third-Party Defendant Samson Pharmaceuticals, Inc. ("Samson") (collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 6, 2020, the Parties filed their first Stipulation to Extend Scheduling Order Deadlines (Dkt. 43) to extend the scheduling order deadlines by 60 days due to settlement negotiations;

WHEREAS, on April 10, 2020, this Court granted the Parties' Stipulation to Extend Scheduling Order Deadlines (see, Dkt. 44) and adopted the new deadlines proposed in the Supplement to Joint Rule 26(f) Report (Dkt. 43-2);

WHEREAS, on May 8, 2020, the Parties filed their Second Joint Stipulation to Extend Scheduling Order Deadlines (Dkt. 45) to extend the scheduling order deadlines by 60 days due to settlement negotiations.

WHEREAS, on June 4, 2020, this Court granted the Parties' Second Joint Stipulation to Extend Scheduling Order Deadlines (see, Dkt. 46) and adopted the new deadlines proposed in the Second Supplement to Joint Rule 26(f) Report (Dkt. 45-1).

WHEREAS, on October 5, 2020, the Parties engaged in mediation conducted by mediator Mr. Thomas Hanrahan.

WHEREAS, on October 8, 2020 following the mediation, Spectrum offered a new proposal for settlement discussions, and on October 9, 2020 the Parties agreed to a third extension of approximately 60 days to the adopted deadlines in the Second Supplement to Joint Rule 26(f) Report (Dkt. 45-1) so as to facilitate further

discussions of settlement and provide ample time to settle this case without unnecessarily incurring fees for their respective clients;

WHEREAS, on October 14, 2020 the Parties filed their third Stipulation to Extend Scheduling Order Deadlines (Dkt. 55) to extend the scheduling order deadlines by 60 days due to settlement negotiations;

WHEREAS, on October 15, 2020, this Court granted the Parties' Stipulation to Extend Scheduling Order Deadlines (see, Dkt. 56) and adopted the new deadlines proposed in the Third Supplement to Joint Rule 26(f) Report (Dkt. 55-1);

WHEREAS, on November 20, 2020, Spectrum offered a new proposal for settlement discussions, with proposed detailed terms, and Samson provided detailed responses to the proposed terms on December 7, 2020. Principals of Spectrum and Samson discussed settlement directly, and Spectrum and Samson made very good progress on their settlement talks.

WHEREAS, on December 18, 2020 the Parties agreed to a fourth extension of approximately 60 days to the adopted deadlines in the Third Supplement to Joint Rule 26(f) Report (Dkt. 55-1) so as to facilitate further discussions of settlement and provide ample time to settle this case without unnecessarily incurring fees for their respective clients;

WHEREAS, on February 16, 2021, the Parties filed a Fifth Joint Stipulation to Extend Scheduling Order Deadlines, asking that the Court extend all deadlines by approximately 90 days. Dkt. 61. The Parties also filed a Fifth Supplement to the Joint Rule 26(f) Report (Dkt. 61-1), but made a clerical error and inadvertently omitted the

deadline to file the Joint Claim Construction and Prehearing Statement. Compare Dkt. 57-1, p. 5, lns. 12-17 with Dkt. 61-1, p. 6, lns. 9-14.

WHEREAS, on February 16, 2021, the Court GRANTED the Fifth Supplement to the Joint Rule 26(f) Report (Dkt. 62) but, because of the clerical error, did not include the deadline to file the Joint Claim Construction and Prehearing Statement which would have changed the date from March 12, 2021 to June 10, 2021. On March 15, 2021, the Parties filed a revised Fifth Supplement to the Joint Rule 26(f) Report which included the revised June 10, 2021 deadline to file the Joint Claim Construction and Prehearing Statement (Dkt. 62).

WHEREAS, since the fifth extension, Spectrum and Samson have negotiated, made significant progress, are happy to report to the Court that they have reached agreement on many of the key terms of the deal, and are busy negotiating the last few terms that would consummate a deal that would resolve this case. The settlement deal is not a simple settlement agreement and involves a series of complex issues that require additional time to draft and negotiate terms on those issues. Therefore, the Parties need additional time to finalize the last few terms of the deal.

WHEREAS, the Parties stipulate and request a sixth extension of time of approximately 30 days to the adopted deadlines in the Revised Fifth Supplement to Join Rule 26(f) Report, which would allow the Parties to continue their negotiations and finalize a settlement without the adversity, cost, and distraction of active litigation.

R. **Proposed Dates**

See Section S below for most of the proposed litigation deadlines. In addition, the parties propose the following litigation deadlines:

a. Last day to amend pleadings or add parties:

| **Current Deadline** | **Parties Proposal** |
|---|---|
| May 12, 2020 | N/A (Complete) |

b. Mediation/ADR Deadline:

| **Current Deadline** | **Parties Proposal** |
|---|---|
| July 28, 2020 | N/A (Complete) |

c. Last day to conduct ADR proceeding:

| **Current Deadline** | **Parties Proposal** |
|---|---|
| December 30, 2021 | January 31, 2022 |

d. Final Pretrial Conference date of

| **Current Deadline** | **Parties Proposal** |
|---|---|
| January 27, 2022 | February 28, 2022 |

e. Trial date of

| **Current Deadline** | **Parties Proposal** |
|---|---|
| April 4, 2022 | May 4, 2022 |

### S. Local Patent Rules

The Parties still agree to comply with Judge Guilford's Standing Local Patent Rules. The Parties proposed deadlines for each of the Patent Rule obligations are set forth below.

| *Event* | *Parties Reauested Dates* |
|---|---|
| Infringement Contentions (SPR 2.1, 2.2) | 7/13/2020 (Current) Complete |
| Early Meeting of the Parties (SPR 2.3) to include Samson | 7/27/20 (Current) Complete |
| Invalidity Contentions (SPR 2.5, 2.6) | 8/24/20 (Current) Complete |

| Event | Parties Requested Dates |
|---|---|
| Exchange of Proposed Terms for Construction SPR (3.1) | 9/8/20 (Current) Complete |
| Exchange of Claim Constructions and Extrinsic Evidence (SPR 3.2) | 9/21/20 (Current) Complete |
| Completion of Claim Construction Discovery (SPR 3.3) | 5/17/2021 (Current) Complete |
| Joint Claim Construction and Prehearing Statement (SPR 3.4) | 6/10/2021 (Current) 7/12/2021 (New) |
| Opening Claim Construction Briefs (SPR 3.5) | 6/17/2021 (Current) 7/19/2021 (New) |
| Response Claim Construction Briefs (SPR 3.5) | 6/24/2021 (Current) 7/26/2021 (New) |
| Tutorial Hearing | 7/22/2021 (Current) 8/23/2021 (New) |
| Claim Construction Hearing (SPR 3.6) | 7/29/2021 (Current) 8/30/2021 (New) |
| Final Infringement Contentions (SPR 4.1) | 28 days after claim Construction Ruling |
| Final Invalidity Contentions (SPR 4.2) | 28 days after service of Final Infringement Contentions |
| Rebuttal Expert Reports (SPR 4.3) | 28 days after SPR 4.1 and 4.2 reports |
| Close of Discovery (SPR 4.3) | 28 days after service of latest set of rebuttal reports |
| Advice of Counsel Defense (SPR 4.4) | 28 days after Claim Construction Ruling |
| Dispositive Motion Deadline (SPR 4.5) | 28 days after close of discovery |

| | | |
|---|---|---|
| 1 | Dated: June 7, 2021 | John A. Conkle |
| 2 | | Sherron Wiggins, members of |
| 3 | | CONKLE, KREMER & ENGEL |
| | | Professional Law Corporation |

By: */s/Sherron Wiggins*
    Sherron Wiggins
    Attorneys for Third-Party Defendant
    Samson Pharmaceuticals, Inc.

Dated: June 7, 2021        Matthew J. Cavanagh, member of
                           MCDONALD HOPKINS LLC

By: */s/Matthew J. Cavanagh*
    Matthew J. Cavanagh
    Attorney for Plaintiff Spectrum
    Laboratories, LLC

Dated: June 7, 2021        C. Wook Pak, member of
                           CISLO & THOMAS LLP

By: *C. Wook Pak*
    C. Wook Pak
    Attorney for Defendant and Third-Party
    Complainant Green Planet, Inc.

Pursuant to Civil L.R. 5-4.3.4(a), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.