PATRICK M. MALONEY (SBN 197844)
NICOLE A. POTASH (SBN 323240)
THE MALONEY FIRM, APC
2381 Rosecrans Ave., Suite 405
El Segundo, California 90245
Tel: 310-540-1505 │ Fax: 310-540-1507
pmaloney@maloneyfirm.com
npoltash@maloneyfirm.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
McDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:   (216) 348-5730
Facsimile:   (216) 348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Plaintiff and Counterclaim-Defendant
SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>GREEN PLANET, INC., a California corporation,<br><br>            Defendant. | CASE No. 5:19-cv-01699-GW-AGRx<br><br>**PARTIES' STIPULATION OF DISMISSAL OF SPECTRUM'S COMPLAINT WITH PREJUDICE**<br><br>Honorable George H. Wu, Judge Presiding<br><br>Honorable Alicia G Rosenberg, Magistrate Judge<br><br>Complaint filed: September 5, 2019 |
| GREEN PLANET, INC., a California corporation,<br><br>            Third Party Complainant,<br><br>      v.<br><br>SAMSON PHARMACEUTICALS, INC., a California corporation,<br><br>            Third Party Defendant. | |

{9729165: }

PARTIES' STIPULATION OF DISMISSAL OF SPECTRUM'S COMPLAINT WITH PREJUDICE

1  In accordance with Fed. Civ. R. 41(a)(1)(A)(ii) and a confidential settlement between Spectrum and Samson, all parties who have appeared in this action hereby stipulate, by their attorneys' signatures below, to a dismissal of the complaint of plaintiff Spectrum Laboratories LLC ("Spectrum"), all claims contained therein, and the answer and affirmative defenses asserted in response to Spectrum's complaint by Defendant/Third-Party Complainant Green Planet, Inc. ("Green Planet"), all with prejudice.

This stipulated dismissal does not affect the third-party complaint asserted in this action by Green Planet against Third-Party Defendant Samson Pharmaceuticals, Inc., which shall remain pending.

According to Fed. Civ. R. 41(a)(1)(A), this stipulated dismissal should be self-executing "without a court order." *See Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (Rule 41 "dismissal is effective on filing and no court order is required").

Dated:  July 19, 2021               Matthew J. Cavanagh, member of
                                    MCDONALD HOPKINS LLC


                                    By:   *s/ Matthew J. Cavanagh*
                                          Matthew J. Cavanagh
                                          Attorney for Plaintiff Spectrum
                                          Laboratories, LLC

| | | |
|---|---|---|
| 1 | Dated: July 19, 2021 | John A. Conkle |
| 2 | | Sherron Wiggins, members of |
| | | CONKLE, KREMER & ENGEL |
| 3 | | Professional Law Corporation |

By: *s/ Sherron Wiggins (by consent)*
Sherron Wiggins
Attorneys for Third-Party Defendant
Samson Pharmaceuticals, Inc.

Dated: July 19, 2021    Daniel M. Cislo, Esq.
C. Wook Pak, Esq.
CISLO & THOMAS LLP

By: *s/ C. Wook Pak (by consent)*
C. Wook Pak
Attorneys for Defendant and Third-Party Complainant Green Planet, Inc.

{9729165: }

-3-
PARTIES' STIPULATION OF DISMISSAL OF SPECTRUM'S COMPLAINT WITH PREJUDICE