UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>GREEN PLANET, INC., a California corporation,<br><br>        Defendant. | CASE No. EDCV 19-1699-GW-AGRx<br><br>**ORDER GRANTING DISMISSAL OF THIRD PARTY COMPLAINT WITH PREJUDICE** |
| GREEN PLANET, INC., a California corporation,<br><br>        Third Party Complainant,<br><br>    v.<br><br>SAMSON PHARMACEUTICALS, INC., a California corporation,<br><br>        Third Party Defendant. | Honorable George H. Wu, Judge Presiding<br><br>Honorable Alicia G Rosenberg, Magistrate Judge<br><br><br>Complaint filed:  September 5, 2019 |

1     This Court, having read and considered the Stipulation of Dismissal of Green Planet's Third-Party Complaint, and finding good cause, hereby Orders:

    Pursuant to the Settlement Agreement between the parties and their respective counsel, it is hereby ORDERED that the Third-Party Complaint be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court shall retain jurisdiction for the purpose of enforcing the terms of the separate confidential Settlement Agreement entered into between the Green Planet, Inc. and Samson Pharmaceuticals, Inc.

Dated: January 24, 2022

_____
HON. GEORGE H. WU,
U.S. District Judge